**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 23, 2021

**VIA ECF**
Honorable Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Astorga Meza, et al.</u>
      21 Cr. 62 (LJL)

> **REQUEST GRANTED** as to both defendants. The Status Conference previously set for April 1, 2021 is rescheduled to June 1, 2021 at 12:00PM. The Court, with consent of all parties, excludes time from April 1, 2021 until June 1, 2021 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendants in a speedy trial, in that the time between now and June 1 will allow parties to continue to review discovery, determine if any pre-trial motions will be filed, and to explore the possibility of a pre-trial disposition.
>
> 3/23/2021   SO ORDERED.
> /s/ LEWIS J. LIMAN
> United States District Judge

Dear Judge Liman:

I write, with the consent of Jill R. Shellow, Esq., counsel for Christina Marie Esquer, and without objection from the government, by AUSA Jacob H. Guttwillig, to request an adjournment of the conference in the above captioned matter as to both defendants, currently scheduled for April 1, 2021. Additional time is required to complete the review and analysis of discovery, to determine if any pre-trial motions will be filed, and to explore the possibility of a pre-trial disposition.

Therefore, I respectfully request an adjournment of approximately 60 days to a date and time convenient with the Court and parties. Mr. Astorga Meza and Ms. Esquer consent to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

/s/ *Amy Gallicchio*
_____
Amy Gallicchio, Esq.
Assistant Federal Defender
(212) 417-8728 / (917) 612-3274

CC:   AUSA Jacob H. Gittwillig