# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
80 Broad Street, Suite 1900, New York, NY 10004

**All Correspondence During COVID Pandemic**:
Post Office Box 612 / Hastings on Hudson, NY 10706

July 27, 2021

> REQUEST GRANTED as to both defendants.
> The Status Conference previously set for August 19, 2021 is rescheduled to September 21, 2021 at 12:00PM. The Court, with consent of all parties, excludes time from August 6, 2021 until September 21, 2021 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7) (A), upon a finding that the interest of justice outweighs the interest of the public and the defendants in a speedy trial, in that the time between now and September 21 will allow parties to continue to discuss a potential pretrial resolution. The Clerk of Court is respectfully directed to strike dkt. #22 in its entirety as it was incorrectly filed in this matter.
>
> 8/6/2021
> SO ORDERED.
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

**BY ECF ONLY**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  *United States v. Christina Esquer and Martin Astorga Meza*
     21-cr-62 (LJL)

Dear Judge Liman:

I am writing on behalf of Christina Esquer and Martin Astorga Meza to request a 30-day adjournment of the status conference presently scheduled for August 19, 2021. Both defendants are in negotiations with the government to resolve the pending charges. The adjournment will allow everyone time to continue these discussions. Both defendants consent to the exclusion of time for purposes of the Speedy Trial Act calculation through the adjourned date. I have consulted with AUSA Jacob H. Gutwillig, and the government consents to this request.

Thank you for your consideration.

Respectfully submitted,

*[signature]*

Jill R. Shellow
*Counsel for Christina Esquer*

cc:   Ian Marcus Amelkin, Esq. (by email)
      AUSA Jacob H. Gutwillig (by email)
      Christina Esquer (by legal mail)

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC