# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**REQUEST GRANTED.**  September 13, 2021
The Status Conference previously set for September 21, 2021 is rescheduled to October 26, 2021 at 10:30AM. The Court, with consent of all parties, excludes time from September 13, 2021 until October 26, 2021 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in that the time between now and October 26 will allow the defendant time to consider a plea offer from the Government.

9/13/2021
SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  **United States v. Martin Alonso Astorga Meza**
     21 Cr 62 (LJL)

Dear Judge Liman:

I write with the consent of the Government to request that the Court adjourn the next conference scheduled in the above captioned case from Tuesday, September 21, 2021 to a date in late October or November. The defense waives Speedy Trial Act time until the date set by the Court. This adjournment will allow Mr. Meza to consider a plea offer extended by the Government.

Yours Sincerely,

*[signature]*

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733

CC: Jake Gutwillig, AUSA (via ECF)