# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

**David E. Patton**
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 10, 2022

**BY ECF**

> REQUEST GRANTED.
> The Sentencing hearing previously set for February 3, 2022 is rescheduled to March 25, 2022 at 12:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 1/11/2022   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

The Honorable Lewis J. Liman
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Martin Alonso Astorga Meza**
      **21 Cr. 62 (LJL)**

Dear Judge Liman:

The defense writes with the consent of the Government to respectfully request the adjournment of Mr. Meza's sentencing, currently scheduled for Thursday, January 20, 2021 for at least 45 days. I was unfortunately ill for much of December and need the additional time to catch up on work that I was unable to complete during that time. Additionally, I have asked the Government for additional discovery related to sentencing and this will allow the parties time to ensure all of the needed information will be available to the Court.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc:   AUSAs Jake Gutwillig, Esq.