```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
          -v-                                                      :      21-CR-62-1 (LJL)
                                                                   :
MARTIN ALONSO ASTORGA MEZA,                                        :          ORDER
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Clerk of Court is respectfully directed to strike Dkt. No. 55 in its entirety from the docket as it was filed in error.

      SO ORDERED.

Dated: March 28, 2022
       New York, New York

                                       LEWIS J. LIMAN
                               United States District Judge